7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Susana n/m/n Gomez
*Debtor*

*Bankruptcy Case No.*
16–40573–abf7

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
16–04038–abf

v.

**Susana n/m/n Gomez**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman, United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment of Non–Dischargeability is hereby entered in favor of the Plaintiff, State of Kansas, ex rel., Lana Gordon, Secretary of Labor, and against the Defendant, Susan N/M/N Gomez as follows: Based upon the undisputed allegations contained in the Complaint, the Court finds that the described unemployment insurance benefit indebtedness owed by Defendant Gomez to KDoL in the amount of $2980, which is subject to statutory interest as imposed pursuant to K.S.A. §44–719(d)(2), which interest has accrued in the amount of $2183.13 as of the filing date in the lead bankruptcy matter, all should be and hereby is ordered exempt from discharge pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S. C. 727. Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant Gomez.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 5/16/16

Court to serve